UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.:     23-15072 |
| FOLSTON, ARTURO | Chapter:            7 |
| | Judge:            CMG |

**NOTICE OF PROPOSED ABANDONMENT**

<u>Thomas J. Orr</u>, <u>Chapter 7 Trustee</u> in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable <u>Christine M. Gravelle</u> on <u>September 12</u>, <u>2023</u> at <u>10:00</u> a.m. at the United States Bankruptcy Court, Courtroom no. <u>3</u>. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: Real Estate at 49 Olympia Avenue, Trenton, NJ. The property was valued at $406,000 based on a CMA. Allowing for mortgage payoff, costs of sale and non filing co-owner's share, there would be no non exempt equity.

Liens on property:

Cross Country Mortgage-$317,826

Amount of equity claimed as exempt:

$27,900

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 23-15072-CMG
Arturo Folston                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3
Date Rcvd: Aug 14, 2023      Form ID: pdf905      Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arturo Folston, 49 Olympia Ave., Trenton, NJ 08610-4127 |
| 519942136 | + | Daphne Templer, 800 North Main St., Milltown, NJ 08850-2015 |
| 519942139 | + | EZ Pass, 420 North 6th Street, Camden, NJ 08102-1236 |
| 519942144 | + | NYC Dept of Finance, PO Box 3600, New York, NY 10008-3600 |
| 519942149 | + | PSEG, PO Box 570, Newark, NJ 07101-0570 |
| 519942147 | + | Port Authority of NY & NJ, Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |
| 519942150 | + | Summit Health, PO Box 8398, Pompano Beach, FL 33075-8398 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 14 2023 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 14 2023 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519942127 | + | Email/Text: backoffice@affirm.com | Aug 14 2023 20:42:00 | Affirm Inc., 633 Folsom St., Floor 7, San Francisco, CA 94107-3618 |
| 519942128 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Aug 14 2023 20:40:00 | Alliance One, PO Box 3107, Southeastern, PA 19398-3107 |
| 519942129 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2023 21:05:01 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519942130 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 14 2023 21:05:00 | Capital One Auto Finance, 3905 Dallas Parkway, Plano, TX 75093-7892 |
| 519949914 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 14 2023 20:53:52 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519942131 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2023 21:04:32 | Capital One Bank USA/Walmart, 15000 Capital One Drive, Henrico, VA 23238-1119 |
| 519942133 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 14 2023 20:42:00 | Credit Collection Service, PO Box 9134, Needham Heights, MA 02494-9134 |
| 519942134 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 14 2023 20:53:50 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519942135 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Aug 14 2023 20:41:00 | Cross Country Mortgage, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 519942137 | + | Email/Text: mrdiscen@discover.com | | |

Case 23-15072-CMG   Doc 10   Filed 08/16/23   Entered 08/17/23 00:14:47   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 14, 2023 | Form ID: pdf905 | Total Noticed: 32 |

| Recip ID | | Notice Type | Timestamp | Name and Address |
|---|---|---|---|---|
| | | | Aug 14 2023 20:40:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 519942138 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2023 21:15:44 | Exxon/Mobil/CBSD NA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519942140 | ^ | MEBN | Aug 14 2023 20:37:26 | GEICO, One GEICO Plaza, Washington, DC 20076-0005 |
| 519942141 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 14 2023 20:41:00 | IRS, 600 Arch St., Room 7310, Philadelphia, PA 19106 |
| 519942132 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 14 2023 21:05:13 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 519942142 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 14 2023 20:53:50 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519942143 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 14 2023 20:42:00 | Navy Federal Credit Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 519942146 | + | Email/Text: bkrgeneric@penfed.org | Aug 14 2023 20:40:00 | Pentagon Federal CU, PO BOX 1432, Alexandria, VA 22313-1432 |
| 519942148 | ^ | MEBN | Aug 14 2023 20:37:25 | Prosper Marketplace, 221 Main St., Suite 300, San Francisco, CA 94105-1909 |
| 519942151 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 14 2023 21:15:46 | SYNCB/Ashley Homestores, PO Box 965036, Orlando, FL 32896-5036 |
| 519942152 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 14 2023 20:42:00 | TBOM/milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 519942153 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2023 21:05:17 | The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519942154 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 14 2023 20:42:00 | Transworld Systems, 500 VIrginia Drive, Suite 154, Fort Washington, PA 19034-2733 |
| 519942155 | + | Email/Text: bankruptcy@uflp.com | Aug 14 2023 20:41:00 | Universal Fidelity, PO Box 5444, Katy, TX 77491-5444 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519942145 | ##+ | Penn Credit, 916 S 14th St., Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 16, 2023          Signature:          /s/Gustava Winters

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 14, 2023 | Form ID: pdf905 | Total Noticed: 32 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor CrossCountry Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laurence R. Sheller | |
| | on behalf of Debtor Arturo Folston laurence.sheller@gmail.com |
| Thomas Orr | |
| | tom@torrlaw.com  Torr@ecf.axosfs.com |
| Thomas Orr | |
| | on behalf of Trustee Thomas Orr tom@torrlaw.com  Torr@ecf.axosfs.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5