Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 23−15072−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Arturo Folston
   49 Olympia Ave.
   Trenton, NJ 08610

Social Security No.:
   xxx−xx−2105

Employer's Tax I.D. No.:

---

## CERTIFICATION OF NO OBJECTION

   I  Pamela Fiero , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

49 Olumpia Avenue, Trenton, NJ.


Dated: September 6, 2023
JAN: pbf

                                                            Jeanne Naughton
                                                            Clerk