**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Arturo Folston<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2105<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 23–15072–CMG | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Arturo Folston

9/19/23

**By the court:** Christine M. Gravelle
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Arturo Folston  
    Debtor

Case No. 23-15072-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Sep 19, 2023      Form ID: 318      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arturo Folston, 49 Olympia Ave., Trenton, NJ 08610-4127 |
| 519942136 | + | Daphne Templer, 800 North Main St., Milltown, NJ 08850-2015 |
| 519942139 | + | EZ Pass, 420 North 6th Street, Camden, NJ 08102-1236 |
| 519942144 | + | NYC Dept of Finance, PO Box 3600, New York, NY 10008-3600 |
| 519942149 | + | PSEG, PO Box 570, Newark, NJ 07101-0570 |
| 519942147 | + | Port Authority of NY & NJ, Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |
| 519942150 | + | Summit Health, PO Box 8398, Pompano Beach, FL 33075-8398 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QTJORR.COM | Sep 20 2023 01:12:00 | Thomas Orr, Law Office of Thomas J. Orr, 321 High Street, Burlington, NJ 08016-4411 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 19 2023 21:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 19 2023 21:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519942127 | + | Email/Text: backoffice@affirm.com | Sep 19 2023 21:33:00 | Affirm Inc., 633 Folsom St., Floor 7, San Francisco, CA 94107-3618 |
| 519942128 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Sep 19 2023 21:31:00 | Alliance One, PO Box 3107, Southeastern, PA 19398-3107 |
| 519942129 | + | EDI: CAPITALONE.COM | Sep 20 2023 01:12:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519942130 | + | EDI: CAPONEAUTO.COM | Sep 20 2023 01:12:00 | Capital One Auto Finance, 3905 Dallas Parkway, Plano, TX 75093-7892 |
| 519949914 | + | EDI: AISACG.COM | Sep 20 2023 01:12:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519942131 | + | EDI: CAPITALONE.COM | Sep 20 2023 01:12:00 | Capital One Bank USA/Walmart, 15000 Capital One Drive, Henrico, VA 23238-1119 |
| 519942133 | + | EDI: CCS.COM | Sep 20 2023 01:12:00 | Credit Collection Service, PO Box 9134, Needham Heights, MA 02494-9134 |
| 519942134 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 19 2023 21:51:44 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519942135 | | Email/Text: BKCourtNotices@yourmortgageonline.com | | |

District/off: 0312-3 | User: admin | Page 2 of 3
Date Rcvd: Sep 19, 2023 | Form ID: 318 | Total Noticed: 33

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 19 2023 21:32:00 | Cross Country Mortgage, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 519942137 | + | EDI: DISCOVER.COM | Sep 20 2023 01:12:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 519942138 | + | EDI: CITICORP.COM | Sep 20 2023 01:12:00 | Exxon/Mobil/CBSD NA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519942140 | ^ | MEBN | Sep 19 2023 21:31:42 | GEICO, One GEICO Plaza, Washington, DC 20076-0005 |
| 519942141 | | EDI: IRS.COM | Sep 20 2023 01:12:00 | IRS, 600 Arch St., Room 7310, Philadelphia, PA 19106 |
| 519942132 | | EDI: JPMORGANCHASE | Sep 20 2023 01:12:00 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 519942142 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 19 2023 21:51:23 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519942143 | + | EDI: NFCU.COM | Sep 20 2023 01:12:00 | Navy Federal Credit Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 519942146 | + | Email/Text: bkrgeneric@penfed.org | Sep 19 2023 21:31:00 | Pentagon Federal CU, PO BOX 1432, Alexandria, VA 22313-1432 |
| 519942148 | ^ | MEBN | Sep 19 2023 21:31:41 | Prosper Marketplace, 221 Main St., Suite 300, San Francisco, CA 94105-1909 |
| 519942151 | + | EDI: RMSC.COM | Sep 20 2023 01:12:00 | SYNCB/Ashley Homestores, PO Box 965036, Orlando, FL 32896-5036 |
| 519942152 | + | EDI: PHINGENESIS | Sep 20 2023 01:12:00 | TBOM/milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 519942153 | + | EDI: CITICORP.COM | Sep 20 2023 01:12:00 | The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519942154 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 19 2023 21:33:00 | Transworld Systems, 500 VIrginia Drive, Suite 154, Fort Washington, PA 19034-2733 |
| 519942155 | + | Email/Text: bankruptcy@uflp.com | Sep 19 2023 21:32:00 | Universal Fidelity, PO Box 5444, Katy, TX 77491-5444 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Thomas Orr, Law Office of Thomas J. Orr, 321 High Street, Burlington, NJ 08016-4411 |
| 519942145 | ##+ | Penn Credit, 916 S 14th St., Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2023                    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CrossCountry Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laurence R. Sheller | on behalf of Debtor Arturo Folston laurence.sheller@gmail.com |
| Thomas Orr | tom@torrlaw.com Torr@ecf.axosfs.com |
| Thomas Orr | on behalf of Trustee Thomas Orr tom@torrlaw.com Torr@ecf.axosfs.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5